IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **BESSIE JONES**, *Administratrix of the Estate on behalf of* Nathaniel Jeffrey Jones, *et al.*, | Case No. 1:04-CV-616 |
| | Chief Judge Susan J. Dlott |
| Plaintiffs, | ORDER DISMISSING CASE |
| v. | |
| **CITY OF CINCINNATI**, *et al.*, | |
| Defendants. | |

Pursuant to the Sixth Circuit Court of Appeals' Opinion reversing this Court's denial of qualified immunity and Ohio statutory immunity to Defendants (Doc. 154), the Court hereby GRANTS Defendant Police Officers' Motion for Summary Judgment (Doc. 93) in its entirety. The case is, accordingly, DISMISSED and TERMINATED on the docket of this Court.

IT IS SO ORDERED.

                                                                         ___s/Susan J. Dlott_____
                                                                         Chief Judge Susan J. Dlott
                                                                         United States District Court